519 F2d 1376
 Milton Dewey SMITH et al., Plaintiffs-Appellants.
v.
The Honorable H.F. SMITH et al., Defendants-Appellees.
 No. 73-3345
 United States court of Appeals,
Ninth Circuit.
 June 13, 1975
 
 Donald R. Wharton (argued), Klamath Falls, Or., for plaintiffs-appellants.
 William P. Brandsness (argued), Klamath Falls, Or., for defendants-appellees.
 ORDER
 Before MOORE,* DUNIWAY and TRASK, Circuit Judges.
 
 
 1
 The order appealed from is affirmed for the reasons stated in the opinion of District Judge Burns, D.C.Or., 1973, 396 F.Supp. 367.
 
 
 
 *
 The Honorable Leonard P. Moore, Senior United States Circuit Judge for the Second Circuit, sitting by designation